# Court of Appeals
# of the State of Georgia

ATLANTA, __January 29, 2016__

*The Court of Appeals hereby passes the following order:*

## A16A0724. DON ROBERT FAIRCLOTH v. THE STATE.

In 2007, Don Faircloth pled guilty to twelve counts of first degree forgery. He has filed numerous motions in the trial court attempting to set aside his plea, including motions to withdraw his guilty plea and at least four motions for an out-of-time appeal. We have dismissed or affirmed every appeal filed by Faircloth. See Case Nos. A12A1284 (dismissed March 14, 2012), A12A1709 (dismissed July 6, 2012), A13A1915 (affirmed March 13, 2014), A13A2389 (affirmed Jan. 15, 2014), A14A0599 (dismissed Feb. 25, 2014), A15A0320 (dismissed Oct. 17, 2014), A15A2193 (dismissed Aug. 10, 2015). In his latest attempt to set aside his guilty plea, Faircloth filed a "Motion for Hearing on Question of Jurisdiction," arguing that the trial court lacked jurisdiction to accept his guilty plea. The trial court denied the motion on November 9, 2015, and Faircloth filed this direct appeal. We lack jurisdiction.

Faircloth's Motion for Hearing on Question of Jurisdiction is actually a post-conviction motion to vacate his conviction. As the Supreme Court has made clear, a post-conviction motion to vacate an allegedly void criminal conviction is not one of the established procedures for challenging the validity of a judgment in a criminal case, and an appeal from the trial court's ruling on such a petition should be dismissed. See *Roberts v. State*, 286 Ga. 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009). Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction. We note that Faircloth once again has filed a frivolous appeal, and we caution Faircloth against filing future frivolous appeals in this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*__01/29/2016__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*